# EXHIBIT D

When Recorded Return To:
Fannie Mae
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

*** Electronic Recording ***
Doc#:  00053257
Bk: 48602 Pg: 303 Page: 1 of 2
Recorded:  06/29/2017 09:25 AM
ATTEST: John R. Buckley, Jr. Register
Plymouth County Registry of Deeds

NTC Order #
Meridian Loan #
Fannie Mae Loan #

## ASSIGNMENT OF MORTGAGE

**FOR GOOD AND VALUABLE CONSIDERATION**, the sufficiency of which is hereby acknowledged, the undersigned, **FEDERAL NATIONAL MORTGAGE ASSOCIATION, WHOSE ADDRESS IS 14221 DALLAS PARKWAY, SUITE 1000, DALLAS, TX 75254, (ASSIGNOR)**, by these presents does convey, grant, assign, transfer and set over the described Mortgage together with all interest secured thereby, all liens, and any rights due or to become due thereon to **MTGLQ INVESTORS, L.P., WHOSE ADDRESS IS 6011 CONNECTION DR., IRVING, TX 75039, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE)**.

Said Mortgage bearing the date **07/29/2005**, made and executed by **HELEN M. FIGUEROA AND ROBERT L. FIGUEROA**, mortgagor(s), to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR FIRST MAGNUS FINANCIAL CORPORATION, ITS SUCCESSORS AND ASSIGNS**, mortgagee, and was recorded in the Office of the Register of Titles and County Recorder for **PLYMOUTH** County, **Massachusetts**, in **Book 31080, Page 84 and Instrument # 95130**.

Property is commonly known as: 99 FITZPATRICK AVENUE, BROCKTON, MA 02301.

**IN WITNESS WHEREOF**, this Assignment is executed by its VICE PRESIDENT this 27th day of June in the year 2017.
**FEDERAL NATIONAL MORTGAGE ASSOCIATION**, by **NATIONWIDE TITLE CLEARING, INC.**, its Attorney-in-Fact (POA RECORDED: 12/15/2016 BK: 47882 PG: 330 INSTR#: 113742)



**JEANETTE ROIKES**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

FNMA1                                              MIN  MERS PHONE                    MERS Mailing Address:
P.O. Box 2026, Flint, MI 48501-2026

Loan# ▮▮▮▮▮▮

STATE OF FLORIDA    COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me on this 27th day of June in the year 2017, by Jeanette Roikes as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, INC. as Attorney-in-Fact for FEDERAL NATIONAL MORTGAGE ASSOCIATION, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*[signature]*
ELIZABETH A. MUSTARD-NOTARY PUBLIC
COMM EXPIRES: 08/27/2019

ELIZABETH A. MUSTARD
Notary Public - State of Florida
My Comm. Expires August 27, 2019
Commission # FF 224631

☐ No Mortgage Broker was involved in the placing of this loan.
Mortgage Broker's Name:
Address:
License:

☐ No Mortgage Loan Originator was involved in the placing of this loan.
Mortgage Loan Originator's Name:
Address:
License:

Instrument Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
FNMA ▮▮▮▮▮▮  MIN MERS ▮▮▮▮▮▮  MERS Mailing Address: P.O. Box 2026, Flint, MI 48501-2026